IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLAUDE REESE SHRUM,<br>　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>　　Defendant. | Case No. 3:04-1111<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff's Complaint Under Title VII of the Civil Rights Act of 1964 and Complaint (Doc. No. 1) and Defendant's Motion to Dismiss Title VII Complaint (Doc. No. 12). Plaintiff failed to comply with the Magistrate Judge's Order requiring him to file a Motion for Judgment on the Administrative Record (Doc. No. 13), respond to Defendant's Motion to Dismiss or respond in any other manner. The Court is in receipt of the Magistrate Judge's Report and Recommendation (Doc. No. 14). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Defendant's Motion to Dismiss Title VII Complaint and DISMISSES the remaining claims for social security disability benefits. This action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

Entered this the ___14th___ day of October, 2005.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT